180 F.2d 353
 50-1 USTC P 9156
 Fred M. CARTER and The Chase National Bank of the City of
New York, etc., Plaintiffs-Appellants,
v.
Jane M. HOEY, etc., et al., Defendants-Appellees.
 No. 153, Docket 21544.
 United States Court of Appeals, Second Circuit.
 Argued Jan. 12, 1950.
Decided Jan. 30, 1950.
Writ of Certiorari Denied May 29, 1950.
 
 See 70 S.Ct. 1001.
 Alexander & Green, New York City, James D. Ewing, Lasater Terrell and Christian H. Genghof, New York City, of counsel, for plaintiffs-appellants.
 Irving H. Saypol, United States Attorney, New York City, David McKibbin, Assistant United States Attorney, New York City, of counsels, for defendants-appellees.
 Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of Leibell, J., 88 F.Supp. 765.